FILED
2012 Aug-30  PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ARTHUR STEVEN RICH,                )
                                   )
              Petitioner,          )
vs.                                )     Case No.      4:11-cv-866-SLB
                                   )
LEWIS BOYD, Warden, *et al.*,      )
                                   )
              Respondents.         )

## O R D E R

On August 6, 2012 , the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed as successive.  To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**DONE**, this 30th day of August, 2012.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE